IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 320-001-07 |
| | * | |
| CONSTANCE VICTORIA MOORE | * | |

O R D E R

Before the Court in the captioned case is Defendant Constance Victoria Moore's motion to terminate the remainder of her supervised release. Despite having only served one year of her three-year term, Defendant's supervising probation officer reports that she has complied with all conditions of her release and is currently enrolled online at Strayer University. All drug screens have been negative, and Defendant has paid her fine and special assessment in full. Thus, the supervising probation officer does not oppose early termination. Accordingly, with no opposition from the Government and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Defendant's motion (doc. no. 382) is **GRANTED**. Constance Victoria Moore is hereby discharged from her term of supervised release. The Clerk is directed to send a copy of this Order to Mr. Tony Graham of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of February, 2024.

UNITED STATES DISTRICT JUDGE